# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

SYMBOLOGY INNOVATIONS, LLC,

    *Plaintiff*,

v.

TELESIS TECHNOLOGIES, INC.,

    *Defendant*.

Case No. 2:19-cv-02293

Judge James L. Graham

## PLAINTIFF SYMBOLOGY INNOVATIONS, LLC'S AND DEFENDANT TELESIS TECHNOLOGIES, INC.'S STIPULATION TO DISMISS

    Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, the parties, by and through their attorneys of record, respectfully and jointly move the Court to dismiss all of Plaintiff Symbology Innovations LLC's claims against Defendant Telesis Technologies, Inc. WITH prejudice and dismiss Defendant's counterclaims against Plaintiff WITHOUT prejudice, with each party to bear its own attorneys' fees and costs. The parties submit this Stipulation to the Court of their voluntary dismissal of this action.

    WHEREFORE, the parties respectfully request the Court enter an order dismissing the above-captioned action.

**STIPULATED:**

/s/*Robert G. Schuler*
Robert G. Schuler   (0039258)
rschuler@keglerbrown.com
KEGLER BROWN HILL + RITTER
65 E. State Street, Suite 1800
Columbus, OH  43215
Tel: (614) 462-5400
Fax: (614) 464-2634

*Counsel for Defendant*

*/s/Howard L. Wernow*
Howard L. Wernow
SAND, SEBOLT & WERNOW CO., LPA
Aegis Tower - Suite 1100
4940 Munson Street, N. W.
Canton, Ohio 44718
Phone: 330-244-1174
Fax: 330-244-1173
howard.wernow@sswip.com

*/s/Kirk J. Anderson*
Kirk J. Anderson
kanderson@budolaw.com
BUDO LAW, LLP
5610 Ward Rd., Suite #300
Arvada, CO  80002
Tel: (720) 225-9440
Fax: (720) 225-9331

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

  The undersigned hereby certifies that a true and correct copy of the foregoing document has been served on September 12, 2019, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system.

            */s/ Howard L. Wernow*
            Howard L. Wernow