# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

SYMBOLOGY INNOVATIONS, LLC,

*Plaintiff*,

v.

TELESIS TECHNOLOGIES, INC.,

*Defendant*.

Case No. 2:19-cv-02293

Judge James L. Graham

# ORDER

Based on the stipulation of the parties, and good cause appearing therefore,

IT IS HEREBY ORDERED THAT:

Pursuant to Federal Rule of Civil Procedure 41(a)(2), Plaintiff's claims against Defendant are dismissed WITH PREJUDICE and Defendant's counterclaims against Plaintiff are dismissed WITHOUT PREJUDICE, wholly dismissing the instant action, *Symbology Innovations LLC v. Telesis Technologies, Inc.*, Case No. 2:19-cv-02293, with each party to bear its own attorneys' fees and costs.

It is SO ORDERED.

Dated:  September 13, 2019

 s/ James L. Graham
Judge James L. Graham
United Stated District Court